UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID MICKELSON,

    Plaintiff,

v.                                                       Case No. 2:04-cv-226
                                                                  CONSENT CASE

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## **JUDGMENT**

    In accordance with the Opinion issued herewith,

    IT IS HEREBY ORDERED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

    IT IS SO ORDERED.

                                                     /s/ Timothy P. Greeley
                                                     TIMOTHY P. GREELEY
                                                     UNITED STATES MAGISTRATE JUDGE

Dated:   September 6, 2005